No. 96–954. AMOCO PRODUCTION CO. ET AL. *v.* PUBLIC SERVICE COMPANY OF COLORADO ET AL.; and

No. 96–1230. WILLIAMS NATURAL GAS CO. ET AL. *v.* AMOCO PRODUCTION CO. ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions. Reported below: 91 F. 3d 1478.

No. 96–1186. ASSOCIATED GAS DISTRIBUTORS ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION;

No. 96–1187. AMERICAN PUBLIC GAS ASSN. ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION;

No. 96–1188. NEW YORK PUBLIC SERVICE COMMISSION ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and

No. 96–1189. BURLINGTON RESOURCES OIL & GAS CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions. Reported below: 88 F. 3d 1105.

No. 96–967. NEW YORK *v.* OWENS. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–1461. OHIO ADULT PAROLE AUTHORITY ET AL. *v.* LYONS. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–1378. BARNABEI *v.* VIRGINIA. Sup. Ct. Va. Motions of National Legal Aid and Defender Association et al. and Virginia College of Criminal Defense Attorneys for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 96–1393. MISSOURI PACIFIC RAILROAD CO. ET AL. *v.* HARPER. App. Ct. Ill., 5th Dist. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.